# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Daryl E. Singleterry</u>

      v.                                             Civil No. 12-cv-67-JL

<u>Robert J. Munson, et al.</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

Document No. 11, Exhibit C, in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in Document 11, Exhibit C.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to Document 11, Exhibit C, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    **SO ORDERED**.

                                                /s/ Landya B. McCafferty
                                                Landya B. McCafferty
                                                United States Magistrate Judge

Date:    September 25, 2012

cc:      Daryl E. Singleterry